UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 2:22-cv-08724-MWF-PD                Date: January 12, 2023

Title    *Georgio M. Ser v. Deputy Chief Seabock*

Present: The Honorable:    Patricia Donahue, U.S. Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings:**   Order to Provide Updated Address and Show Cause Why Petition Should Not Be Dismissed

    On November 29, 2022, Petitioner Georgio M. Ser filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. [Dkt. No. 1.] On December 1, 2022, the Court issued and served Petitioner with a Notice of Judge Assignment and Reference to a United States Magistrate Judge. [Dkt. No. 2.] On December 20, 2022, that Notice was returned in the mail to the Clerk, with the notation "Not Deliverable as Addressed Unable to Forward." [Dkt. No. 3.] The Notice had been mailed to the address provided by Petitioner on the Petition.

    Petitioner is ordered to provide an updated address to the Court and to show cause why his Petition should not be dismissed for failure to update the Court with his address by **February 17, 2023**. Failure to provide this information may result in dismissal of this action.

    **IT IS SO ORDERED**.

|  | Initials of Preparer | : |
|---|---|---|
|  |  | iv |