JS-6

1
2
3
4
5
6
7
8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

11  GEORGIO M. SER,                    Case No. 2:22-cv-08724-MWF-PD

12         Petitioner,

13       v.                           **JUDGMENT**

14  DEPUTY CHIEF SEABOCK,

15
16         Respondent.

17

18     Pursuant to the Order Dismissing for Failure to Prosecute,

19     IT IS ADJUDGED that the action is dismissed without prejudice.

20

21  DATED:  May 23, 2023

22
23  _____

24  MICHAEL W. FITZGERALD
    UNITED STATES DISTRICT JUDGE

25
26
27
28